UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:07-CR-14-TS |
| | ) | |
| DAWAN A. WARREN | ) | |

**OPINION and ORDER**

Before the Court is a Motion for Appointment of Investigator [DE 71], filed June 20, 2008. The Defendant, who is indigent and is being represented by an appointed attorney, states that he needs "to locate, question and/or subpoena witnesses for trial and to develop mitigating evidence in this case." (Def. Mot. ¶ 4.) The motion states that counsel does not anticipate that the expenses for the investigation would exceed $1,600, plus reasonable costs. (*Id.* ¶ 7.)

Appointment of investigators for defendants is governed by 18 U.S.C. § 3006A(e). The Court finds that the defendant is financially unable to obtain the services, 18 U.S.C. § 3006A(e)(1), because he has already been determined to be indigent, and "the services are necessary," *id.*, because it appears, based on proceedings thus far in the case, that the Defendant "may have a plausible defense," *United States v. King*, 356 F.3d 774, 778 (7th Cir. 2004).

Therefore, the Motion for Appointment of Investigator [DE 71] is GRANTED.

So ORDERED on June 23, 2008.

    s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT